# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID AUGUST KILLE, SR.,
Petitioner,
vs.
NEVADA PAROLE BOARD,
Respondent.

No. 75385

**FILED**

MAY 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on March 20, 2018, without payment of the requisite filing fee. On January 19, 2016, this court issued an order directing petitioner to submit a signed Department of Corrections affidavit and financial certificate in support of his motion for leave to proceed in forma pauperis within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, the motion is denied and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  David August Kille, Sr.
     Attorney General/Carson City

18-19498